Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



WALGREENS CO.,


 Appellant,


v.


ISELA QUINTERO,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 




No. 08-09-00224-CV



Appeal from the


210th District Court


of El Paso County, Texas


(TC# 2007-5215)




MEMORANDUM OPINION


 Pending before the Court is the joint motion of Appellant, Walgreens Co., and Appellee, Isela
Quintero, to vacate the trial court's judgment and dismiss the underlying case pursuant to Tex. R.
App. P. 42.1 and 43.2 because the parties have settled all matters in controversy. We grant the
motion, vacate the trial court's judgment, and dismiss the case with prejudice. Tex. R. App. P. 43.2. 
Pursuant to the parties' agreement, we assess costs and attorneys' fees against the party incurring
same. See Tex. R. App. P. 42.1(d) (absent agreement of the parties, the court will tax costs against
the appellant).


 GUADALUPE RIVERA, Justice

July 29, 2011


Before Chew, C.J., McClure, and Rivera, JJ.